**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 12-2207 SI (pr) |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| LINDA NEAL; et al., | |
| Defendants. | |

Plaintiff's motion for reconsideration of the order denying his request for a preliminary injunction is DENIED. (Docket # 10.) Plaintiff has not presented newly discovered evidence, showed that the court committed clear error, or identified an intervening change in the law that affects this case. *See McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (en banc). The court also rejects plaintiff' request (on page 4 of his motion) that the court invite attorney Bien and Dr. Metzner to contact the court for an *ex parte* communication.

IT IS SO ORDERED.

Dated: September 24, 2012

_____
SUSAN ILLSTON
United States District Judge