UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,                      No. C 12-2207 SI (pr)

       Plaintiff,                      **ORDER**

   v.

LINDA NEAL; et al.,

       Defendants.
                                      /

      Defendants' motions for an enlargement of time to file dispositive motions are GRANTED. (Docket # 20, # 21.) The briefing schedule in the order of service is now VACATED. A new briefing schedule will be set after the court addresses a pending discovery motion and plaintiff's motion to amend his complaint.

      Plaintiff has filed a motion to quash or modify subpoenas issued by defendant Kulka. (Docket # 23.) Defendants must file and serve any opposition to that motion no later than **January 11, 2013**. Plaintiff must file and serve any reply brief no later than **January 25, 2013**.

      IT IS SO ORDERED.

Dated: December 20, 2012                           _____
                                                                    SUSAN ILLSTON
                                                       United States District Judge