UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

    Plaintiff,

v.

LINDA NEAL; et al.,

    Defendants.
                                    /

No. C 12-2207 SI (pr)

**ORDER**

    Defendants' motions for an enlargement of time to file dispositive motions are GRANTED.  (Docket # 20, # 21.)  The briefing schedule in the order of service is now VACATED.  A new briefing schedule will be set after the court addresses a pending discovery motion and plaintiff's motion to amend his complaint.

    Plaintiff has filed a motion to quash or modify subpoenas issued by defendant Kulka. (Docket # 23.)  Defendants must file and serve any opposition to that motion no later than **January 11, 2013**.  Plaintiff must file and serve any reply brief no later than **January 25, 2013**.

    IT IS SO ORDERED.

Dated: December 20, 2012

                                                                         SUSAN ILLSTON
                                                                   United States District Judge