1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 MICHAEL J. HICKS,                                           No. C 12-2207 SI (pr)

9           Plaintiff,                                  **ORDER**

10     v.

11 LINDA NEAL; et al.,

12           Defendants.

13 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/

14       Plaintiff filed a motion to quash or modify subpoenas issued by defendant Kulka (Docket

15 # 23) and the court set a briefing schedule on the motion. Plaintiff then filed another motion to

16 quash or modify a subpoena issued by defendant Neal (Docket # 26). Plaintiff also filed a

17 "plaintiff's supplemental to motion to quash" (Docket # 27) that may apply to one or both of his

18 motions to quash.

19       The court prefers to consider the discovery disputes at the same time. Defendant Kulka's

20 motion for an extension of the time to file his opposition is GRANTED. (Docket # 28.) The

21 court vacates the existing briefing schedule for the motion with regard to the Kulka subpoenas

22 and sets the following new briefing schedule for both motions to quash:

23       1.     Defendants must file and serve their oppositions no later than **January 31, 2013**.

24       2.     Plaintiff must file and serve on each defense counsel his reply brief (if any) no

25 later than **February 15, 2013**.

26       IT IS SO ORDERED.

27 Dated: January 15, 2013                                   _____

28                                         SUSAN ILLSTON
                                        United States District Judge

**United States District Court**
For the Northern District of California