UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

        Plaintiff,

  v.

LINDA NEAL; et al.,

        Defendants.
                                   /

No. C 12-2207 SI (pr)

**ORDER**

Plaintiff filed a motion to quash or modify subpoenas issued by defendant Kulka (Docket # 23) and the court set a briefing schedule on the motion. Plaintiff then filed another motion to quash or modify a subpoena issued by defendant Neal (Docket # 26). Plaintiff also filed a "plaintiff's supplemental to motion to quash" (Docket # 27) that may apply to one or both of his motions to quash.

The court prefers to consider the discovery disputes at the same time. Defendant Kulka's motion for an extension of the time to file his opposition is GRANTED. (Docket # 28.) The court vacates the existing briefing schedule for the motion with regard to the Kulka subpoenas and sets the following new briefing schedule for both motions to quash:

1. Defendants must file and serve their oppositions no later than **January 31, 2013**.

2. Plaintiff must file and serve on each defense counsel his reply brief (if any) no later than **February 15, 2013**.

IT IS SO ORDERED.

Dated: January 15, 2013

                                                 SUSAN ILLSTON
                                                 United States District Judge