**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,    No. C 12-2207 SI (pr)

    Plaintiff,    **JUDGMENT**

v.

LINDA NEAL; et al.,

    Defendants.
                                  /

Judgment is entered in all defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 4, 2013    _____
    SUSAN ILLSTON
    United States District Judge