**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 12-2207 SI (pr) |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| LINDA NEAL; et al., | |
|     Defendants. | |

Judgment is entered in all defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 4, 2013

_____
SUSAN ILLSTON
United States District Judge